STATE OF CONNECTICUT *v.* DARRYL FLETCHER

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 476 (AC 20285), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided June 27, 2001